# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

------------------------------------ X

NCR CORPORATION,

        Plaintiff-Counterdefendant,

vs.

SYSTEMAX INC.,

        Defendant-Counterclaimant.

------------------------------------ X

Case No. CV 06-5915 (LDW) (AKT)

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties herein, that all claims and counterclaims in the above-entitled action are hereby dismissed with prejudice, with each party to bear its own costs, disbursements, and attorneys' fees.

1

Dated: February 7, 2008                ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____

Paul R. Gupta
Clifford R. Michel
666 Fifth Avenue
New York, NY 10103
TEL: 212-506-5000
FAX: 212-506-5151
pgupta@orrick.com
cmichel@orrick.com

Attorneys for Plaintiff-Counterdefendant
NCR CORPORATION

Dated: February 7, 2008                DAVIDOFF MALITO & HUTCHER, LLP

By: David W. Denenberg / by CMichel, with permission

David W. Denenberg
605 Third Avenue – 34th Floor
New York, NY 10158
TEL: (212) 557-7200
FAX: (212) 286-1884
dwd@dmlegal.com

Attorneys for Defendant-Counterclaimant
SYSTEMAX INC.

SO ORDERED:

_____
U.S. District Court Judge

Dated: Central Islip, NY
Feb. 11, 2008